Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SHEILA PROPERTIES, INC., Respondent, v A REAL GOOD PLUMBER, INC., et al., Defendants, and ELIZABETH KELLEHER, Appellant.

ELIZABETH KELLEHER, Appellant, v SHEILA PROPERTIES, INC., Respondent, et al., Defendants.

Submitted August 22, 2011; decided October 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SHEILA PROPERTIES, INC., Respondent, v A REAL GOOD PLUMBER, INC., et al., Defendants, and ELIZABETH KELLEHER, Appellant.

ELIZABETH KELLEHER, Appellant, v SHEILA PROPERTIES, INC., Respondent, et al., Defendants.

Submitted October 3, 2011; decided October 18, 2011

Motion for a stay dismissed as academic.

JOHN T. SIWULA, Appellant, v TOWN OF HORNELLSVILLE et al., Respondents.

Submitted August 8, 2011; decided October 18, 2011

Motion for reargument of motion for leave to appeal denied [see 17 NY3d 704 (2011)].

In the Matter of JENNIFER SNIFFEN, Respondent, v ARTHUR WEYGANT, Appellant. (And Two Other Related Proceedings.)

Decided October 18, 2011